1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  LAUREL BEELER (CSBN 187656)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-6765
7       Facsimile:    (415) 436-7234
        E-mail:    laurel.beeler@usdoj.gov
8
   Attorneys for Plaintiff
9
                   UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12
   UNITED STATES OF AMERICA,          )   Criminal No.: CR 02 0311 MAG
13                                    )
            Plaintiff,                )
14                                    )   NOTICE OF DISMISSAL AND
              v.                      )   WITHDRAWAL OF WARRANT
15                                    )
   BRUCE A. MYERS,                    )
16                                    )
            Defendants.               )
17  _____ )

18       With leave of the Court, the United States Attorney for the Northern District of California

19  dismisses the above misdemeanor information charging joyriding in violation of 18 U.S.C. § 13

20  (assimilating Cal. Vehicle Code § 1-851(a)), possession of crack cocaine in violation of 21

21  U.S.C. § 844, and possession of narcotics paraphernalia in violation of 18 U.S.C. § 13

22  (assimilating Cal. Health & Safety Code § 11364) without prejudice. The United States also asks

23  that the warrant be withdrawn. See Fed. R. Crim. P. 48(a).

24  June 16, 2008
    DATE                                    LAUREL BEELER
25                                          Assistant United States Attorney

26
    Leave is granted to dismiss the information. The warrant shall be withdrawn.
27
    IT IS SO ORDERED.
28
    _____
    BERNARD ZIMMERMAN
    United States Magistrate Judge

    NOTICE OF DISMISSAL (CR 02 0311 MAG)